1  FRIEDMAN DUMAS & SPRINGWATER LLP
   CECILY A. DUMAS (S.B. NO. 111449)
2  ROBERT E. CLARK (S.B. NO. 245882)
   150 Spear Street, Suite 1600
3  San Francisco, CA 94105
   Telephone Number:  (415) 834-3800
4  Facsimile Number:  (415) 834-1044
   Email Address: cdumas@friedumspring.com
5
   *Counsel to Dennis J. Connolly in His Capacity as Plan*
6  *Administrator for SONICblue Inc.*

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  | IN RE: | District Court Case No. C09-04853 JF |
    |---|---|
13  | SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; REPLAYTV, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation, | Chapter 11 Case No. 03-51775 MM (Case Nos. 03-51775 through 03-51778) (Jointly Administered) |
    | | Adv. Proc. No. 09-05270 MM |
    | Debtors. | [~~PROPOSED~~] ORDER WITHDRAWING THE REFERENCE OF ADVERSARY PROCEEDING FROM BANKRUPTCY COURT TO DISTRICT COURT |
    | DENNIS J. CONNOLLY, Plan Administrator for SONICblue Incorporated, | [No hearing requested] |
    | | Judge:  Hon. Jeremy Fogel |
    | Plaintiff, | |
    | vs. | |
    | ADMIRAL INSURANCE COMPANY and OLD REPUBLIC INSURANCE COMPANY, | |
    | Defendants. | |

26          The Court having read and considered the Motion to Withdraw Reference of

27  Adversary Proceeding from Bankruptcy Court to District Court (the "Motion") filed by

28  Dennis J. Connolly pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of

1  Bankruptcy Procedure, and Bankruptcy Local Rule 5011-2 of the Northern District of
2  California, and no opposition having been filed, and the Court having determined that cause
3  exists to withdraw the reference with respect to Adversary Proceeding No. 09-05270 MM in
4  that the proceeding is noncore, the proceeding is related to a proceeding already before the
5  District Court, and the District Court is already familiar with the relevant factual issues,

6       IT IS HEREBY ORDERED that the Motion is granted, the reference of
7  Adversary Proceeding No. 09-05270 MM in the United States Bankruptcy Court for the
8  Northern District of California, San Jose Division, is hereby withdrawn, and the matter will
9  be heard by the United States District Court for the Northern District of California.

Dated: 11-16-09

Jeremy Fogel
United States District Judge