| | |
|---|---|
| FRIEDMAN DUMAS & SPRINGWATER LLP<br>CECILY A. DUMAS (S.B. NO. 111449)<br>ROBERT E. CLARK (S.B. NO. 245882)<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105<br>Telephone Number: (415) 834-3800<br>Facsimile Number: (415) 834-1044<br>Email Address: cdumas@friedumspring.com<br><br>*Counsel to Dennis J. Connolly in His Capacity as Plan Administrator for SONICblue Inc.* | **E-Filed 1/11/2010** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>SONICBLUE INCORPORATED, a Delaware corporation; DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation; REPLAYTV, INC., a Delaware corporation; and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>　　　　　　Debtors.<br><br>DENNIS J. CONNOLLY, Plan Administrator for SONICblue Incorporated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ADMIRAL INSURANCE COMPANY and OLD REPUBLIC INSURANCE COMPANY,<br><br>　　　　　　Defendants. | District Court Case No. C09-04853 JF<br><br>Chapter 11 Case No. 03-51775 MM<br>(Case Nos. 03-51775 through 03-51778)<br>(Jointly Administered)<br><br>Adv. Proc. No. 09-05270 MM<br>ORDER GRANTING<br>**STIPULATED REQUEST TO CHANGE HEARING DATE**<br><br>Scheduled Date: January 29, 2010<br>Scheduled Time: 9:00 a.m.<br><br>Requested Date: February 19, 2010<br>Requested Time: 9:00 a.m.<br><br>Place:　Courtroom 3, 5th Floor<br>　　　　280 South First Street<br>　　　　San Jose, California<br><br>Judge: Hon. Jeremy Fogel |

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, the parties to this proceeding respectfully submit this stipulated request for an order changing the hearing date for Admiral Insurance Company's

Motion to Dismiss Pursuant to Rule 12(b)(1) of the F.R.Civ.P [Docket No. 4] and Dennis J. Connolly's Motion for Summary Judgment on Plan Administrator's Complaint to Recover Money [Docket No. 17]. Both motions are currently scheduled to be heard on January 29, 2010 at 9:00 a.m. In addition, defendants, Old Republic Insurance Company and Admiral Insurance Company, intend to file cross-motions for summary judgment, which should be heard at the same time. The parties therefore request that the pending motions and cross-motions be heard on <u>February 19, 2010 at 9:00 a.m.</u>, with opposition papers due on <u>January 29, 2010</u> and reply papers due on <u>February 5, 2010</u>.

Dated: January 7, 2010          FRIEDMAN DUMAS & SPRINGWATER LLP

                                By:  /s/ Cecily A. Dumas
                                     Cecily A. Dumas
                                     *Attorneys for DENNIS J. CONNOLLY,
                                     PLAN ADMINISTRATOR FOR
                                     SONICblue INCORPORATED*

Dated:                          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                & DICKER LLP

                                By:        /s/
                                     Louis H. Castoria
                                     *Attorneys for ADMIRAL INSURANCE
                                     COMPANY*

Dated:                          SEDGWICK, DETERT, MORAN & ARNOLD
                                LLP

                                By:        /s/
                                     Robert S. Gebhard
                                     *Attorneys for OLD REPUBLIC
                                     INSURANCE COMPANY*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** 1/8/2010
                                     **Jeremy Fogel
                                     United States District Judge**

# DECLARATION OF CECILY A. DUMAS IN SUPPORT OF STIPULATED REQUEST TO CHANGE HEARING DATE

I, Cecily A. Dumas, hereby declare:

1. I am a partner with the law firm of Friedman Dumas & Springwater LLP, counsel for Dennis J. Connolly, Plan Administrator under the confirmed Plan in these bankruptcy cases that became effective on December 4, 2008, and am admitted to practice before the courts of the State of California and this Court. Except as otherwise indicated, I have personal knowledge of the facts stated in this declaration and, if called to testify, could and would competently testify thereto.

2. The parties are requesting that the hearing on their dispositive motions be postponed for three weeks, from January 29, 2010 to February 19, 2010. The reasons for the request include a delay in receipt of service of the Plaintiff's Motion for Summary Judgment caused by slow mail delivery during the holiday season, and the unavailability of Defendants' counsel on the originally scheduled hearing date. In addition, I am informed and believe that the defendants intend to file cross-motions for summary judgment, which can be heard in connection with the pending dispositive motions.

3. There have been no previous time modifications in this case, and the requested time modification would have only a minimal effect on the schedule for the case, postponing for three weeks the hearing on the parties' dispositive motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 7, 2010 at San Francisco, California.

/s/ Cecily A. Dumas
Cecily A. Dumas

# CERTIFICATE OF SERVICE BY MAIL

I, Celeste Alas, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Friedman Dumas & Springwater LLP and my business address is 150 Spear Street, Suite 1600, San Francisco, California 94105. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 7, 2010, at my place of business as listed above, the following document:

**1.    STIPULATED REQUEST TO CHANGE HEARING DATE**

was placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown on the attached service list.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on January 7, 2010.


/s/Celeste Alas
Celeste Alas

# **SERVICE LIST**

| | |
|---|---|
| Louis H. Castoria<br>Joanne Madden<br>Daniel Tranen<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725 | Lillian G. Stenfeldt<br>Robert S. Gebhard<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105 |

Michael R. Goodstein
Matthew J. Burkhart
Bailey Cavalieri LLC
One Columbus
10 West Broad St. 21st Floor
Columbus, OH 43215-3422