**E-Filed 2/4/11**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>SONIC BLUE INCORPORATED, a Delaware corporation; et al.,<br><br>Debtors.<br><br>---<br><br>DENNIS J. CONNOLLY, Plan Administrator for SONICblue Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY and OLD REPUBLIC INSURANCE COMPANY,<br><br>Defendants. | District Court Case No. C 09-4853 JF<br><br>Chapter 11 Case No. 03-51775 MM (Case Nos. 03-51775 through 03-51778)<br>(Jointly Administered)<br><br>Adv. Proc. No. 09-05270<br><br>**ORDER[1] DENYING MOTION TO CONTINUE HEARING ON SUMMARY JUDGMENT MOTION**<br><br>[re: docket nos. 79] |

Pursuant to Local Rule 6-3, Defendant Admiral Insurance Company moves to continue the hearing on Plaintiff's motion for summary judgment until after the Court rules on Defendant's motion to stay the instant proceeing. Both the motion to stay and the motion for summary judgment are set currently for February 11, 2011. The parties have completed briefing

---

[1] This disposition is not designated for publication in the official reporter.

Case No. C 09-4853
ORDER DENYING MOTION TO CONTINUE HEARING ON SUMMARY JUDGMENT MOTION
(JFLC3)                                            1

1  on both motions, and Plaintiff objects to delaying the hearing on the motion for summary
2  judgment.
3      Because the briefing on both motions has been completed, there appears to be no judicial
4  economy in delaying the hearing on the motion for summary judgment.  Accordingly,
5  Defendant's motion to continue the hearing is hereby denied.
6  IT IS SO ORDERED.
7
8  DATED: February 4, 2011
                                    JEREMY FOGEL
                                    United States District Judge